IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FRANCISCO MEDINA CASTANEDA,

        Defendant.
_____/

CR. NO. S-00-0167 EJG
CR. NO. S-03-0549 EJG

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

    Defendant, a federal prisoner proceeding pro se, has filed a motion for appointment of counsel, apparently to assist him in the preparation of a motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255. For the reasons that follow, the motion is DENIED.

    A defendant has no constitutional right to appointed counsel in post-conviction proceedings. The Sixth Amendment right to counsel extends only through the first appeal. See Coleman v. Thompson, 501 U.S. 722, 755-57 (1991). Rather, if the court, within its discretion determines that "the interests of justice so require", counsel may be appointed for persons seeking relief

1  under sections 2241, 2254 or 2255 of Title 28 of the United
2  States Code.  See 18 U.S.C. § 3006A(a)(2).  Defendant has filed
3  nothing in support of his request for counsel except a statement
4  that he is indigent, nor are any post-conviction proceedings
5  pending.  Accordingly, the court is without any information to
6  determine if the interests of justice will be served by
7  appointment of counsel.  The motion is DENIED.
8      IT IS SO ORDERED.
9  Dated: August 30, 2010

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT

2