1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Seeking Appointment as Attorney for Defendant
5  FRANCISCO MEDINA CASTANEDA

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,       )   No. CR-S 03-549-EJG
12                                 )
            Plaintiff,              )   **DEFENDANT FRANCISCO**
13                                 )   **MEDINA CASTANEDA'S**
       v.                           )   **APPLICATION FOR APPOINTMENT**
14                                 )   **OF COUNSEL AND PROPOSED**
   FRANCISCO MEDINA                )   **ORDER**
15 CASTANEDA,                      )
                                    )   **RETROACTIVE CRACK COCAINE**
16          Defendant.              )   **REDUCTION GUIDELINE CASE**
   _____ )
17

18

19       Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, FRANCISCO

20 MEDINA CASTANEDA, hereby requests the court appoint attorney John Balazs as

21 counsel to represent him with respect to a potential motion to reduce his sentence under

22 recent crack cocaine guideline amendments pursuant to 18 U.S.C. § 3582(c)(2).

23       Assistant Federal Defender David Porter contacted undersigned counsel and

24 suggested he request appointment regarding a § 3582(c)(2) motion rather than the Federal

25 Defender's Office because counsel had represented Mr. Castaneda as appointed counsel on

26 appeal and at resentencing.  Mr. Castaneda is currently incarcerated at USP Coleman,

27 Florida, where he serving the 262-month sentence of imprisonment imposed in this case.

28 Mr. Castaneda has requested to pursue a § 3582(c)(2) motion to reduce his sentence and

has requested that Mr. Balazs be appointed to represent him with respect to such a motion.

Appointment of counsel would also serve the interests of justice in this case because it might facilitate a negotiated disposition of a § 3582(c)(2) motion.  Because Mr. Castaneda's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Castaneda requests the Court issue the order lodged herewith.

Respectfully submitted,

Dated:  April 24, 2012

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
FRANCISCO MEDINA CASTANEDA

# **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, attorney John Balazs is hereby appointed to represent defendant with respect to a motion to reduce sentence.

DATED: April 24, 2012

/s/ Edward J. Garcia

HON.  EDWARD J. GARCIA
United States District Judge