John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FRANCISCO MEDINA CASTANEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO MEDINA CASTANEDA,<br><br>　　　　Defendant. | No.  2:03-CR-0549-WBS<br><br>**~~PROPOSED~~ ORDER RE APPOINTMENT FOR MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

　　　　Defendant Francisco Medina Castaneda, through counsel, hereby applies for an order appointing attorney John Balazs as counsel of record with respect to a motion to reduce sentence under 18 U.S.C. § 3582(c)(2) and Guideline Amendment 782.  Mr. Balazs had previously represented Mr. Castaneda with respect to a prior § 3582(c)(2) motion to reduce sentence regarding a different guideline amendment.  The Office of the Federal Defender consents to this appointment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ John Balazs
　　　　　　　　　　　　　　　　　　John Balazs
　　　　　　　　　　　　　　　　　　Attorney seeking appointment
　　　　　　　　　　　　　　　　　　Defendant Francisco Medina Castaneda

## ORDER

    **IT IS SO ORDERED.**

**Dated:  January 14, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE