UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FRANCISCO MEDINA CASTENEDA,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

CR. NO. 2:03-0549-01 WBS

ORDER

----oo0oo----

On February 24, 2017, defendant Francisco Medina Casteneda filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 225.) The United States shall file an opposition to petitioner's motion no later than March 24, 2017. Petitioner may then file a reply no later than April 14, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: February 24, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1