PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-0549 WBS |
|---|---|
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION |
| v. | |
| FRANCISCO MEDINA CASTANEDA, | |
| Defendants. | |

The United States hereby requests an extension of time from March 24, 2017 to April 6, 2017 to respond to the defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Government counsel was out on sick leave early in the week and his workload became somewhat backed-up. The requested extra time should all sufficient time to get the response filed. Opposing counsel was contacted and has no objection to the request.

Dated: March 24, 2017            PHILLIP A. TALBERT
                                 United States Attorney

                          By:  /s/ RICHARD J. BENDER
                                 RICHARD J. BENDER
                                 Assistant United States Attorney

Dated: March 24, 3017                JOHN BALAZS  (by RJB)
                                     JOHN BALAZS
                              Attorney for Francisco Medina Castaneda

ORDER

The United States shall file a response to the defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) no later than April 6, 2017.  Defendant's reply, if any, shall be filed no later than April 27, 2017.   The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

It is so Ordered.

Dated:  March 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE