John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FRANCISCO MEDINA CASTANEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO MEDINA CASTANEDA,<br><br>Defendant. | No. 2:03-CR-0549-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE REPLY BRIEF RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant FRANCISCO MEDINA CASTANEDA, through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, through its counsel, Assistant U.S. Attorney RICHARD BENDER, hereby stipulate to extend the due date for defendant's reply brief to the government's opposition to his § 3582(c)(2) motion to reduce sentence from April 21, 2017 to May 5, 2017.

///

///

///

This request is made because the defendant needs additional time to obtain information from the defendant for the reply brief.

Dated:  April 19, 2016                               Dated:   April 19, 2016


BENJAMIN B. WAGNER
United States Attorney


 /s/ *Richard Bender*                                   /s/*John Balazs*
RICHARD BENDER                                  JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA            FRANCISCO MEDINA CASTANEDA


**ORDER**

IT IS SO ORDERED.

Dated:  April 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE