JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
FRANCISCO MEDINA CASTANEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO MEDINA CASTANEDA,<br><br>Defendant. | No. 2:03-CR-0549-WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE DUE DATE FOR DEFENDANT'S SURREPLY |

Defendant FRANCISCO MEDINA CASTANEDA, by and through his undersigned counsel and the United States, by and through its undersigned counsel, hereby stipulate that the defendant may file his surreply brief to the government's declaration regarding the defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 by June 12, 2017. Defense counsel is on vacation until May 29, 2017 and needs additional time to consult with the defendant and file the brief.

Dated: May 16, 2017                    PHILLIP TALBERT
                                       United States Attorney

                                       /s/ Richard Bender
                                       RICHARD BENDER
                                       Assistant U.S. Attorney


Dated: May 16, 2017                    /s/ John Balazs
                                       JOHN BALAZS
                                       Counsel for defendant
                                       FRANCISCO MEDINA CASTANEDA

1

**ORDER**

IT IS SO ORDERED.

Dated: May 17, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE