# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

**FRANCISCO MEDINA CASTENEDA**

Case No: 2:03CR00549-01 WBS

USM No: 11981-097

Date of Original Judgment: 7/18/2008
Date of Previous Amended Judgment: 5/20/2005
*(Use Date of Last Amended Judgment if Any)*

John Balazs, Appointed
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262  months **is reduced to**  240  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 8/5/2008 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: September 11, 2017

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:  N/A