UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO MEDINA CASTANEDA,<br><br>　　　　Defendant. | No. 2:03-CR-549-WBS<br><br><br><br>ORDER |

----oo0oo----

On January 7, 2019, defendant Francisco Medina Castaneda filed a Motion to Reduce Sentence Pursuant to Section 404 of the First Step Act. (Docket No. 244.) The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary. Accordingly, defendant's noticed hearing on the motion set for January 22,

1

2019 is hereby VACATED.

IT IS SO ORDERED.

Dated: January 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE