JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95816
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
FRANCISCO MEDINA CASTANEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO MEDINA CASTANEDA,<br><br>Defendant. | No. 2:03-CR-0549-01 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT, P.L. 115-391**<br><br>Hon. William B. Shubb, Jr. |

Defendant, Francisco Medina Castaneda, through his attorney, John Balazs, and plaintiff, United States, through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate that the Court should enter an amended judgment reducing Castaneda's sentence to 168 months. The parties further stipulate as follows:

1. In 2005, defendant was convicted of conspiracy to distribute cocaine and cocaine base and possession with intent to distribute cocaine base. PSR, ¶ 1. The jury also determined that count 1 involved at least 250 grams of cocaine base and count 2 involved at least 100 grams of cocaine base. Docket 105.

2. At sentencing in 2005, the district court adopted the presentence report's finding that Castaneda's base offense level was 34 based on a finding of 269.92 grams of cocaine base. Docket 210-1, at 13; PSR, ¶ 26. (There was also a small amount of cocaine that had no impact in the guideline scoring. PSR, ¶ 26). After enhancements, the guideline range was calculated as 324-405 months and the district court sentenced Castaneda to the low end of the range, or 324 months. PSR, ¶ 61. Because the government filed an Information under 21 U.S.C. § 851

charging a prior felony drug conviction, Castaneda's sentencing range was 20 years to life. 21 U.S.C. § 841(b)(1)(A).

3. On appeal, the Ninth Circuit affirmed Castaneda's convictions, but vacated his sentence and remanded for resentencing in light of *Kimbrough v. United States,* 552 U.S. 85 (2007). *See United States v. Castaneda,* 511 F.3d 1246 (9th Cir. 2008). Before resentencing, the U.S. Sentencing Commission amended the drug guideline so that offenses involving crack cocaine were generally lowered by two levels. U.S.S.G. § 2D1.1, comment. (n.10) (Amendments 706, 711, and 715). Consequently, the district court found his base offense level had been reduced by two levels and his guideline range became 262-327 months. The district court again sentenced Castaneda to the low end of the range, 262 months. Docket 180.

4. In 2017, the court later granted Castaneda's motion to reduce his sentence from 262 to 240 months under 18 U.S.C. § 3582(c)(2) and Amendment 782. While his guideline range would have been reduced to 168-210 months by applying Amendment 782, he was subject to a 240-month mandatory minimum, which became the new guideline range.

5. On December 21, 2018, the First Step Act was enacted. First Step Act of 2018, S. 756, Pub. Law 115-391. Section 404 of the Act states that the sentencing court may, upon motion of the defendant, an attorney for the government, or the court, "impose a reduced sentence as if section 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed." The Fair Sentencing Act of 2010 raised the threshold to trigger the 10-year mandatory minimum in cocaine base trafficking offenses from 50 to 280 grams.

6. The parties agree that defendant is eligible for a reduction of his sentence under Section 404 of the First Step Act. Specifically, had sections 2 and 3 of the Fair Sentencing Act of 2010 been in effect at the time the offense was committed, defendant would <u>not</u> have been subject to a statutory sentencing range of 20 years to life. 21 U.S.C. § 841(b)(1)(B)(A) (2010). Rather, he would have been subject to a statutory range of 10 years to life. 21 U.S.C. § 841(b)(1)(B) (2010). Moreover, his guideline range is reduced from the 240-month mandatory minimum to 168-210 months.

7. The parties have also been informed that Castaneda is on a list compiled by the U.S. Sentencing Commission of Eastern District of California defendants who are eligible for a sentence reduction under Section 404 of the First Step Act.

8. Accordingly, the parties request this Court issue the order lodged herewith reducing Castaneda's sentence to 168 months imprisonment, all other terms of the judgment remaining unchanged.

9. The undersigned counsel for defendant affirms that he has discussed this stipulation with defendant and that defendant has authorized counsel to enter into this agreement on his behalf. The undersigned counsel also affirms that, so long as the Court accepts this stipulation, defendant waives his right to be present when the Court reduces his sentence, to any hearing, and to any findings to which he might be entitled. The defendant has so indicated, and counsel joins in that waiver.

Respectfully submitted,

Dated: February 12, 2019         Dated: February 12, 2019

McGREGOR SCOTT
United States Attorney


/s/ Jason Hitt                    /s/ John Balazs
JASON HITT                        JOHN BALAZS
Assistant U.S. Attorney           Attorney at Law

Attorney for Plaintiff            Attorney for Defendant
UNITED STATES OF AMERICA          FRANCISCO MEDINA CASTANEDA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to the First Step Act, P.L. 115-391.

The parties agree, and the Court finds, that Mr. Castaneda is entitled to the benefit of Section 404 of the First Step Act, resulting in an amended guideline range of 168 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in in this case is reduced to 168 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Dated: February 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE