# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

**FRANCISCO MEDINA CASTENEDA**

Case No: 2:03CR00549-01

USM No: 11981-097

Date of Original Judgment: 5/20/2005, Amended on 7/18/2008
Date of Previous Amended Judgment: 9/11/2017 (AO-247)
*(Use Date of Last Amended Judgment if Any)*

John Balazs, CJA
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 168 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment as they pertain to the conditions of supervised release dated 08/05/2008 shall remain in effect.

**IT IS SO ORDERED**.

Dated: February 15, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____
*(if different from order date)*

William B. Shubb, U.S. District Court Judge
*Printed name and title*